# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MATTHEW TRAVIS HOUSTON,

    Plaintiff

v.

SHERIFF JOE LOMBARDO, et al.,

    Defendants

Case No.: 2:22-cv-01748-APG-DJA

**Order Accepting Report and Recommendation**

[ECF Nos. 28, 30]

    On May 24, 2023, Magistrate Judge Albregts recommended that I deny plaintiff Matthew Houston's motion to reopen this case. ECF No. 30. Houston did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

    I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation **(ECF No. 30) is accepted**, and plaintiff Matthew Houston's motion to reopen case **(ECF No. 28) is DENIED**.

    DATED this 10th day of June, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE